1  Steven H. Haney, SBN 121980
2  Kenneth W. Baisch, SBN 115404
   George Hill, SBN 265228
3  **HANEY & SHAH, LLP**
   1055 West Seventh Street, Suite 1950
4  Los Angeles, California 90017
   Telephone: (213) 228-6500
5  Facsimile: (213) 228-6501
   Email: shaney@haneyshah.com
6         kbaisch@haneyshah.com
          ghill@haneyshah.com

7  Attorneys for Plaintiff,
   DAVID P. BIBIYAN dba
8  OWN THE AVENUE

# DENIED
## BY ORDER OF THE COURT

9           **UNITED STATES DISTRICT COURT**

10        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12  DAVID P. BIBIYAN, an individual doing business as OWN THE AVENUE

13            Plaintiff,

14      v.

15

16  BOULEVARD LOS ANGELES, INC., a

17  California corporation; AHMED ISSA, an

18  individual; ABDULSALAM ISSA, an

19  individual; and DOES 1 through 25, inclusive

20

21            Defendants.

**Case No.:** 8:24-cv-00405 JVS (DFMx)
Assigned to District Judge:
Hon. James V. Selna
Assigned to Magistrate Judge:
Hon. Douglas F. McCormick
Complaint Filed: February 27, 2024

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ENTRY OF A PRELIMINARY INJUNCTION [25]**

*Separately Lodged*)

22      TO DEFENDANTS BOULEVARD LOS ANGELES, INC., a California

23  corporation; AHMED ISSA, an individual; ABDULSALAM ISSA, an individual:

24      YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE

25  on _____, 2024 at _____ a.m. or as soon thereafter as the matter may

26  be heard, in the Courtroom of the Hon. _____, located at _____

27  _____, Department _____, why you, your officers, directors, agents,

28  employees, servants, attorneys, and those in conspiracy with and/or active concert and

HANEY & SHAH LLP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501

1  participation with you or them, should not be enjoined pending trial of this action from

2  advertising, promoting, offering for sale, or selling any products or merchandise using

3  or reproducing the content of products or merchandise previously advertised or sold

4  by DAVID P. BIBIYAN doing business as OWN THE AVENUE.

5       Pending hearing on the above order to show cause, you, your officers, directors,

6  agents, employees, servants, attorneys, and those in conspiracy with and/or active

7  concert and participation with you or them, ARE HEREBY ENJOINED AND

8  RESTRAINED from advertising, promoting, offering for sale, or selling any products

9  or merchandise using or reproducing the content of products or merchandise

10  previously advertised or sold by DAVID P. BIBIYAN doing business as OWN THE

11  AVENUE.  Such acts are restrained and enjoined pending the hearing on the Order to

12  Show Cause to avoid immediate and irreparable harm to the Plaintiff, his reputation,

13  publicity rights, and good will should Defendants advertising, promoting, offering for

14  sale, or selling any products or merchandise using or reproducing the content of

15  products or merchandise previously advertised or sold by DAVID P. BIBIYAN doing

16  business as OWN THE AVENUE.

17       The above temporary restraining order is effective on Plaintiff's filing an

18  undertaking in the amount of $_____.  This Order to Show Cause and

19  supporting papers must be served on Defendants no later than _____ days prior to the

20  hearing.  Any response or opposition to this Order to Show Cause must be filed and

21  personally served on Plaintiff's counsel no later than _____ court days prior to

22  the hearing.  Any reply by Plaintiff must be filed and served on Defendants' counsel,

23  if any, or alternatively on Defendants on or before _____ court days before the

24  hearing.

25  Dated:  March 05, 2024

                              **DENIED**

26           By:  BY ORDER OF THE COURT

27                 UNITED STATES DISTRICT COURT JUDGE
               VENUE

28

HANEY & SHAH LLP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501

[PROPOSED] ORDER ON TRO AND OSC

HANEY & SHAH LLP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 1055 West Seventh Street, Suite 1950, Los Angeles, California 90017. On **March 1, 2024,** I caused to be served the foregoing document described as

**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ENTRY OF A PRELIMINARY INJUNCTION**

in this action as follows:

***Attorney for the Defendants via Email and U.S. Mail***
Sharif Ahmed
MESSNER & REEVES, LLP
7250 N. 16th Street, Suite 410
Phoenix, AZ 85020
(602) 635-2218
sahmed@messner.com

☒    BY MAIL AS FOLLOWS:  By placing a true copy of the above-described document(s) enclosed in an envelope. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐    BY PERSONAL SERVICE: I caused the above-referenced document(s) to be delivered to the attached list of counsel at the indicated addresses.

☒    BY ELECTRONIC MAIL SERVICE:  I caused such document to be delivered by electronic mail to the offices of the addressee.

Executed on **March 5, 2024**, at Los Angeles, California.

☐    (State)                I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | |
|---|---|
| Rehevolew Shiao | */s/Rehevolew Shiao* |
| Type or Print Name | Signature |

[PROPOSED] ORDER ON TRO AND OSC