UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-00405-JVS-DFM | Date | May 9, 2024 |
| Title | David P. Bibiyan v. Boulevard Los Angeles, Inc. et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **[IN CHAMBERS] Order Regarding Motion to Dismiss [61]**

Before the Court is Boulevard Los Angeles, Inc, Ahmed Issa, and Abdulsalam Issa's (collectively "Defendants") Motion to Dismiss Plaintiff David Bibiyan's ("Bibiyan") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Mot., Dkt. No. 61.)  Bibiyan filed the Complaint on February 27, 2024.  (Compl., Dkt. No. 1.)  Defendants filed the instant Motion on April 30, 2024.  (Mot.)  Bibiyan filed a First Amended Complaint ("FAC") on May 6, 2024.  (Dkt. No. 64.)

When an amended complaint is filed, the original complaint "cease[s] to exist." Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015).  Here, the FAC supersedes Bibiyan's Complaint.  The FAC was filed on May 6, 2024, after Defendants filed the Motion to Dismiss.  This filing was timely under Federal Rule of Civil Procedure 15(a)(1)(B).  Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b), (e), or (f).").  Therefore, Defendants' Motion to Dismiss is moot.  See Ramirez, 806 F.3d at 1008 ("Because the Defendants' motion to dismiss targeted the Plaintiffs' [Complaint], which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it.").

Accordingly, the Court **DENIES** Defendants' Motion to Dismiss as moot.  The Court finds that oral argument would not be helpful in this matter and **VACATES** the June 10, 2024, hearing.  Fed. R. Civ. P. 78; L.R. 7-15.

**IT IS SO ORDERED.**